**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-22137-DPG

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

PPG ARCHITECTURAL FINISHES INC., a
Foreign Profit Corporation d/b/a PPG
PAINTS and MAY PROPERTY
ACQUISITIONS LLC, a Florida Limited
Liability Company,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, PPG ARCHITECTURAL

FINISHES INC. d/b/a PPG PAINTS and MAY PROPERTY ACQUISITIONS LLC (hereafter,

"the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with

prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those

specified in a Confidential Settlement Agreement, and other than enforcement of said settlement

agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to

enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent

on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement

Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
The Advocacy Law Firm, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Tel: (954) 639-7016
Fax: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, Howard Michael Caplan

By: *Beth S. Joseph*
Beth S. Joseph, Esq.
Florida Bar No. 0062952
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel: (305) 415-3330
Email: bjoseph@morganlewis.com
Attorney for Defendant, PPG Architectural Finishes Inc.

By: *Steven W. Davis*
Steven W. Davis, Esq.
Florida Bar No. 347442
Nicholas Lashbrook, Esq.
Florida Bar No. 1038924
HABER LAW, LLP
251 NW 23rd St.
Miami, Florida 33127
Tel: (305) 379-2400
Fax: (305) 379-1106
Email: sdavis@haber.law, nlashbrook@haber.law
Attorneys for Defendant, May Property Acquisitions LLC

Case No. 1:24-cv-22137-DPG

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

PPG ARCHITECTURAL FINISHES INC., a
Foreign Profit Corporation d/b/a PPG
PAINTS and MAY PROPERTY
ACQUISITIONS LLC, a Florida Limited
Liability Company

      Defendants.

_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 30, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
The Advocacy Law Firm, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff